**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | **RESPONDENT** |
| § | | |
| V. § | | **CIVIL NO. 1:10CV242-LG** |
| § | | **CRIMINAL NO. 1:09CR1-LG-JMR** |
| § | | |
| **SOUFIANE EL ARCHI** § | | **PETITIONER** |

## JUDGMENT

Considering the Court's Memorandum Opinion and Order Granting in Part and Denying in Part Motion and Amended Motion to Vacate Under § 2255, entered herewith,

**IT IS ORDERED AND ADJUDGED** that Soufiane El Archi's [29] Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correction Sentence by a Person in Federal Custody and [36] Amended 28 U.S.C. § 2255 Motion are GRANTED IN PART. The Judgment of the Court dated September 25, 2009 [19] is hereby REINSTATED, pursuant to *United States v. West*, 240 F.3d 456 (5th Cir. 2001). El Archi is allowed to file an out-of-time appeal in this matter. The motions are **DENIED WITHOUT PREJUDICE** in all other respects.

**SO ORDERED AND ADJUDGED** this the 1st day of February, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE